UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

RICHIE RIVERA, CARMEN RIVERA, DENNIS RIVERA, and ENRIQUE CASTELLANO,

                        Plaintiffs,

            -against-

THE CITY OF NEW YORK, POLICE OFFICER DAISY MARTINEZ (TAX 936077), SERGEANT JAMES SLAVIN (TAX 933362), CAPTAIN ERIC PEREZ (TAX 919919), SERGEANT MICHAEL MILLER (TAX 921596), POLICE OFFICER WILLIAM REDDIN (TAX 944924), and JOHN and JANE DOES 1-5,

                        Defendants.
---------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 5220 (JBW)(MDG)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
Oct. 26, 2015

REIBMAN & WEINER
*Attorneys for Plaintiff*
26 Court Street
Brooklyn, New York 11242

By: _____
James Sanborn
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City, Martinez, Slavin, Perez, Miller, and Reddin*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Carolyn K. Depoian
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015